1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROHULLAH ALLAHYAR,                        No.  2:25-cv-0102-TLN-CKD (PS)

12                    Plaintiff,

13        v.                                     FINDINGS & RECOMMENDATIONS

14    DAMAN MOMAND,

15                    Defendant.

16

17

18        Plaintiff Rohullah Allahyar filed a pro se[1] civil complaint naming Daman Momand as the

19   defendant and appearing to assert a claim related to a refusal to make a business payment. (ECF

20   No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.)

21        On March 12, 2025, the undersigned reviewed plaintiff's IFP affidavit and found it did not

22   demonstrate plaintiff was unable to pay the court costs because plaintiff reported a regular source

23   of income and no expenses. (ECF No. 3.) Accordingly, the court ordered plaintiff to either submit

24   the filing fee and administrative fee to the Clerk of the Court or file a renewed application to

25   proceed IFP application. (Id.) Plaintiff has not renewed the IFP application, paid the filing fee, or

26   otherwise acknowledged the court's order filed on March 12, 2025.

27   _____

28   [1] This matter is before the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 301(c)(21).

                                              1

1    In the court's order dated March 12, 2025, plaintiff was specifically cautioned that failure

2   to pay the court costs or file a renewed IFP affidavit would result in a recommendation that the

3   application to proceed in forma pauperis be denied and the present action be dismissed. Despite

4   this warning, plaintiff has failed to take action necessary to properly commence this case.

5    For the reasons set forth above, IT IS HEREBY RECOMMENDED that plaintiff's motion

6   to proceed in forma pauperis (ECF No. 2) be denied and this action be dismissed without

7   prejudice for failure to pay the filing fee.

8    These findings and recommendations are submitted to the United States District Judge

9   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14)

10  days after being served with these findings and recommendations, plaintiff may file written

11  objections with the court. Such a document should be captioned "Objections to Magistrate

12  Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within

13  the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158

14  F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

15  Dated:  April 22, 2025

16
_____
17  CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

18

19  8, alla25cv0102.fifp.fr

20

21

22

23

24

25

26

27

28

2