UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHULLAH ALLAHYAR,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAMAN MOMAND,<br><br>  Defendant. | No. 2:25-cv-00102-TLN-CKD<br><br>**ORDER** |

Plaintiff Rohulla Allahyar ("Plaintiff") filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations.

Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 23, 2025 (ECF No. 4), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for failure to pay the filing fee; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE